UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA L. FRIEDBERG,

               Plaintiff,

    -against-

WALMART CORP, ET AL.,

               Defendants.

25-cv-8057 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 10, 2025, order, the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 12, 2025
          New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge